978

No. 73-5210. HALLINAN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 73-5212. EDWARDS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73-5215. DUFFY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73-5219. BARKLEY v. SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 73-5223. McCRAY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73-5225. CHANDLER v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 73-5229. COLE v. CHEVRON CHEMICAL Co., ORONITE DIVISION. C. A. 5th Cir. Certiorari denied.

No. 73-5231. PAYNE v. LOWERY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 73-5233. MARSHALL v. YOUNG. Ct. App. D. C. Certiorari denied.

No. 73-5235. CLARK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73-5236. BARGAR v. OHIO CIVIL RIGHTS COMMISSION ET AL. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 73-5238. STEVENSON v. MONTANYE, CORRECTIONAL SUPERINTENDENT. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.